UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TEJAY STEELE, | ) | No. CV 03-05774-PA (VBK) |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| v. | ) | |
| COUNTY OF SAN BERNARDINO, | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Amended Report and Recommendation, (2) granting Defendant's Motion for Summary Judgment; (3) denying Plaintiff's Motion for Summary Judgment; and (4) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: February 12, 2010

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE