UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TEJAY STEELE, | ) | No. CV 03-05774-PA (VBK) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF SAN BERNARDINO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: February 12, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE